GOLDSMITH & BURN.
ATTORNEY FOR THE PLAINTIFF
 18425 BURBANK BLVD., SUITE 708
 TARZANA, CA 91356
 818-708-2585
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff, | COURT NO: 92A 20876 |
| v. | DEFAULT JUDGMENT |
| CHERRY PARNELL | |
| 　　Defendant(s). | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from CHERRY PARNELL the sum of $800.00 as principal, $821.62 as accrued prejudgment interest, $144.58 administrative charges, and $0 costs, plus $376.00 attorney fees for a total amount of $2,142.20, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED:

AUG 2 7 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _R. L. BYER_____
　　　Deputy Clerk